# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alma Arambula Vega,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:24-cv-360-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

As stipulated, Plaintiff's MSJ deadline is **extended** to and including August 28, 2024.

IT IS SO ORDERED.

Dated:　**July 19, 2024**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE