UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alma Arambula Vega,<br><br>            Plaintiff,<br><br>      v.<br><br>Commissioner of Social Security,<br><br>            Defendant. | CASE NO.: 1:24-cv-360-JLT-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

   As stipulated, Plaintiff's MSJ deadline is **extended** to and including September 27, 2024.

IT IS SO ORDERED.

   Dated:   **August 26, 2024**             **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE