UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA ARAMBULA VEGA,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:24-cv-00360-JLT-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES**<br><br>(Doc. 18) |

As stipulated, Defendant's stipulated motion for extension (Doc. 18) is GRANTED and Defendant's response deadline is extended to and including November 12, 2024.

Dated:  **October 25, 2024**          /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE