UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alma Arambula Vega,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | No.  1:24-cv-00360-GSA<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING MOTION FOR ATTORNEY FEES** |

　　　　Having reviewed Plaintiff's recently filed motion for attorney's fees, (Doc. 25), the Court observes that movant has not indicated whether she sought the concurrence of defendant as is common practice in cases of this nature.

　　　　Accordingly, the parties are DIRECTED to meet and confer in an attempt to resolve this issue.

　　　　Therefore, on or before October 24, 2025, the parties are DIRECTED to submit a joint status report indicating the outcome of their meet and confer efforts.  Alternatively, they may submit a stipulation addressing the awarding of fees.  To accommodate this process, the Court will continue the deadline for defendant to respond to the motion for attorney's fees up to and including November 14, 2025 if the meet and confer efforts are unsuccessful.

IT IS SO ORDERED.

1

Dated: **October 16, 2025**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE