UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alma Arambula Vega, | No. 1:24-cv-00360-GSA |
| Plaintiff, | **ORDER TERMINATING MOTIONS** |
| v. | |
| Commissioner of Social Security, | ECF Nos. 25, 27 |
| Defendants. | |

Plaintiff's request for attorney fees was granted on October 24, 2025. Accordingly, ECF Nos. 25, and 27 are **terminated.**

IT IS SO ORDERED.

Dated:   **October 27, 2025**                         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1